445 A.2d 232

Commonwealth v. Kelly, Appellant.

█ Submitted November 30, 1981. Patrick A. Kelly, appellant, in propria persona; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.